IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RAPID MORTGAGE CO., INC., | : | |
| Plaintiff(s), | : | Case No. 3:13-cv-077<br>Judge Walter Herbert Rice |
| - vs - | : | |
| SHAWN BOWLING. et. al., | : | |
| Defendant(s). | : | |

## ORDER

Venue properly lying in The Cincinnati Division Of The Western Division Of This District, the above-captioned matter is hereby TRANSFERRED from the docket of the Honorable Walter Herbert Rice to the Cincinnati Division for reassignment.

It is so ORDERED.

MARCH 18, 2013

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT